UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| ANTHONY HANCOX, *individually and on behalf of all others similarly situated,* | : : : : | Case No. 2:13-cv-00257 Judge Michael H. Watson Magistrate Judge Mark R. Abel |
| Plaintiff | : : | |
| vs. | : : | ORDER |
| NATIONWIDE MUTUAL INSURANCE COMPANY | : : : | |
| Defendant | | |

This court having consolidated this matter with *Mohammad S. Galaria, v. Nationwide Mutual Insurance Company*, case number 2:13-cv-00118-MHW-MRA, and having granted the applications of Ben Barnow, Richard L. Coffman, Ralph K. Phalen, and Mitchell L. Burgess to appear *pro hac vice* in that matter (Doc 5 & 12), with the requisite filing fees having been paid for those applications, the Court hereby admits Ben Barnow, Richard L. Coffman, Ralph K. Phalen, and Mitchell L. Burgess to appear *pro hac vice* in the instant case without paying an additional fee. *See* S.D. Ohio Civ. R. 83.3(e).

        s/Mark R. Abel
        United States Magistrate Judge