**AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

JUDGMENT IN A CIVIL CASE

Mohammad S. Galaria, individually and
on behalf of all others similarly situated,
Plaintiff,

v. — Case No. 2:13–cv–118

Nationwide Mutual Insurance Co., — Judge Michael H. Watson
Defendant.

Anthony Hancox, individually and
on behalf of all others similarly situated,
Plaintiff,

v. — Case No. 2:13–cv–257

Nationwide Mutual Insurance Company, — Judge Michael H. Watson
Defendant.

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the February 10, 2014 Opinion and Order, the Court GRANTS Defendant's Motion to Dismiss. These cases are terminated.

Date: **February 10, 2014** — **John Hehman, Clerk**

s/ Jennifer Kacsor

By Jennifer Kacsor/Courtroom Deputy