**AO 450 (Rev. 5/85) Judgment in a Civil Case

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**Mohammad S. Galaria, individually and on behalf of all others similarly situated,**
    Plaintiff,

    v.                                          Case No. 2:13–cv–118

**Nationwide Mutual Insurance Company,**      Judge Michael H. Watson
    Defendant.


**Anthony Hancox, individually and on behalf of all others similarly situated,**
    Plaintiff,

    v.                                            Case No. 2:13–cv–257

**Nationwide Mutual Insurance Company,**      Judge Michael H. Watson
    Defendant.

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the December 13, 2017 Opinion and Order, the Court ADOPTS AND AFFIRMS the REPORT AND RECOMMENDATION; the Court GRANTS Defendant's Motion to Dismiss; this case is DISMISSED

Date: **December 13, 2017**          Richard W. Nagel, Clerk

                                                   s/ Jennifer Kacsor

                                       By Jennifer Kacsor/Courtroom Deputy