# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MOHAMMAD S. GALARIA, individually and on behalf of all others similarly situated, | ) ) ) ) | Case No. 2:13-cv-118 |
| Plaintiff, | ) ) | Judge Michael H. Watson |
| v. | ) ) | Magistrate Judge Chelsey Vascura |
| NATIONWIDE MUTUAL INSURANCE COMPANY, a Ohio Corporation, | ) ) ) ) | Class Action |
| Defendant. | ) ) | |
| ANTHONY HANCOX, individually and on behalf of all others similarly situated, | ) ) ) ) | Case No. 2:13-cv-257 |
| Plaintiff, | ) ) | Judge Michael H. Watson |
| v. | ) ) | Magistrate Judge Chelsey Vascura |
| NATIONWIDE MUTUAL INSURANCE COMPANY, a Ohio Corporation, | ) ) ) ) | Class Action |
| Defendant. | ) ) | |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that plaintiffs Mohammad S. Galaria and Anthony Hancox ("Plaintiffs") in the above named cases hereby appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on December 13, 2017.

1

Respectfully submitted,

Dated: January 11, 2018            By:  /s/ Ben Barnow

Ben Barnow (admitted *pro hac vice*)
Erich P. Schork *(admitted pro hac vice)*
BARNOW AND ASSOCIATES, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL 60602
Telephone:  (312) 621-2000
Facsimile:  (312) 641-5504
b.barnow@barnowlaw.com
e.schork@barnowlaw.com

*Attorneys for Plaintiffs and the putative Class*

By:  /s/ Charles T. Lester, Jr.

Charles T. Lester, Jr. (0017601)
CHARLES T. LESTER, JR., ATTORNEY AT LAW
P.O. Box 75069
Fort Thomas, KY 41075-0069
Telephone: (859) 838-4294, (859) 781-2406
Fax:  (859) 486-6590
cteljr@yahoo.com, cteljr@fuse.net

*Trial counsel for Plaintiffs and the putative Class*

Ralph K. Phalen (admitted *pro hac vice*)
RALPH K. PHALEN LAW, P.C.
1000 Broadway, Suite 400
Kansas City, MO 64105
Telephone:  (816) 589-0753
Facsimile:  (816) 471-1701
phalenlaw@yahoo.com

Richard L. Coffman (admitted *pro hac vice*)
THE COFFMAN LAW FIRM
The First City Building
505 Orleans St., Ste. 505
Beaumont, TX 77701
Telephone:  (409) 833-7700
Facsimile:  (866) 835-8250
rcoffman@coffmanlawfirm.com

2

        Mitchell L. Burgess (admitted *pro hac vice*)
        BURGESS & LAMB, P.C.
        1000 Broadway, Suite 400
        Kansas City, MO 64105
        Telephone: (816) 471-1700
        Facsimile: (816) 471-170
        mitch@burgessandlamb.com

        *Attorneys for Plaintiffs and the putative Class*

**Certificate of Service**

I certify that on January 11, 2018, the preceding document was caused to be served electronically with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

/s/  Ben Barnow
Ben Barnow